

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00851-CV

Stephanie **VELA**, Individually and as Next Friend of Juliet Banuelos,
Appellants

v.

James **KEISER**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI17844
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The clerk's record in this matter was filed on December 4, 2018.  Our review of the clerk's record showed the alleged "judgment" was not a final judgment, but merely a motion asking the trial court to render judgment.  Thus, we stayed all appellate deadlines and ordered appellants to show cause why we should not dismiss the appeal for want of jurisdiction.  Appellants provided proof that a final judgment was subsequently rendered and that they had filed an amended notice of appeal.  As a result, we ordered the appeal retained on our docket and the appellate deadlines reinstated.  At the time of our stay, the reporter's record was due.  Accordingly, we ordered the court reporter, Maria E. "Mary Helen" Vargas, to file the reporter's record in this court on or before February 15, 2019.

On January 17, 2019, court reporter Vargas filed a notification of late record in which she states appellants have not paid or made arrangements to pay the reporter's fee to prepare the record and that appellants are not entitled to the record without paying the fee.  *See* TEX. R. APP. P. 34.6(b); *id.* R. 35.3(b).  Ms. Vargas also notes appellants have not designated the portions of the record to be transcribed by her or the other reporters involved.

We therefore **ORDER** appellants to provide written proof to this court **on or before February 4, 2019** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellants are entitled to the record without prepayment of the reporter's fee.  *See id.* R. 35.3(b).  If appellants fail to respond within the time provided, appellant's brief will be due in this court **on or before February 22, 2019**, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision.  *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Maria E. "Mary Helen" Vargas. We further **order** Ms. Vargas to provide this court with the names of the other court reporters involved.



Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court